UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 1600 PACIFIC LANDLORD, LLC. | § | |
| | § | |
| V. | § | |
| | § | |
| ATLANTIC SPECIALTY INSURANCE | § | CIVIL ACTION NO. 3:15-CV-03583 |
| COMPANY, INTERNATIONAL | § | |
| MARINE UNDERWRITERS, INC., | § | |
| AND ONEBEACON INSURANCE | § | |
| GROUP, LLC. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1.   The parties file this Joint Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3.   On September 17, 2015, Plaintiff 1600 Pacific Landlord, LLC ("Plaintiff") filed suit against Defendants Atlantic Specialty Insurance Company ("Atlantic"), International Marine Underwriters, Inc. ("IMU") and OneBeacon Insurance Group, LLC ("OneBeacon") in the 101st Judicial District Court of Dallas County, Texas.  On November 5, 2015, Defendants removed this cause to the United States District Court for the Northern District of Texas — Dallas Division.

4.   Defendants IMU and OneBeacon were previously dismissed by a Joint Stipulation of Dismissal Without Prejudice filed on December 1, 2015 (D.E. 7).

5.   Plaintiff and Atlantic now desire to dismiss this lawsuit and conclude this case.

6.   This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7.   A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice to all claims that were or could have been asserted herein.

Respectfully submitted,

By: */s/ Michael S. Alfred*
Michael S. Alfred
State Bar No. 24014416
HALLETT & PERRIN, P.C.
1445 Ross Avenue
Suite 2400
Dallas, Texas 75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142
E-Mail: malfred@hallettperrin.com

**ATTORNEY FOR PLAINTIFF**

AND

By: */s/ Marjorie C. Nicol*
**PREIS, PLC**
Marjorie C. Nicol
State Bar No.: 00784684
mcn@preisplc.com
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: (713) 355-6062
Facsimile: (713) 572-9129

        LOCAL COUNSEL:
        Mikel J. Bowers
        State Bar No.: 02734550
        [mbowers@bellnunnally.com](mailto:mbowers@bellnunnally.com)
        BELL NUNNALLY & MARTIN, LLP
        3232 McKinney Avenue, Suite 1400
        Dallas, Texas 75204
        Phone: (214) 740-1455
        Fax:    (214) 740-5755

**ATTORNEYS FOR DEFENDANTS**